No. 79–118.  DELLI PAOLI v. UNITED STATES; and

No. 79–5121.  WARME v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 603 F. 2d 1029.

No. 79–138.  DELTA COMMUNICATIONS CORP. v. NATIONAL BROADCASTING CO., INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–147.  FEDERAL EMPLOYEES FOR NON-SMOKERS' RIGHTS ET AL. v. UNITED STATES ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 79–153.  POTOMAC ELECTRIC POWER CO. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.  Certiorari denied.

No. 79–154.  POTOMAC ELECTIC POWER CO. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.  Certiorari denied.

No. 79–155.  POTOMAC ELECTRIC POWER CO. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.  Certiorari denied.

No. 79–158.  HEPA CORP. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 79–167.  HERNANDEZ-FERNANDEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 79–171.  COOPER v. DEPARTMENT OF THE NAVY.  C. A. 5th Cir.  Certiorari denied.